UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 97 CR 50026-2 |
| | ) | Judge Philip G. Reinhard |
| SOLOMON MONTAGUE | ) | |



### UNITED STATES' INFORMATION TO DEFENDANT SOLOMON MONTAGUE REGARDING PRIOR CONVICTIONS AND PENALTIES

The United States of America, by SCOTT R. LASSAR, United States Attorney for the Northern District of Illinois, pursuant to 21 U.S.C. § 851, notifies defendant Solomon Montague that the government will rely upon and prove for purposes of enhanced sentencing and penalties the following prior convictions:

(1) on approximately December 5, 1989, in cause number 88 CR 15697, Cook County Circuit Court, Illinois, Montague was convicted of a violation of Ill.Rev.Stat. Chap. 56½, § 1401(b)(2), a felony drug offense, and sentenced to 105 days in jail (time served) and probation;

(2) on approximately December 5, 1989, in cause number 89 CR 756, Cook County Circuit Court, Illinois, Montague was convicted of a violation of Ill.Rev.Stat. Chap. 56½, § 1401(b)(2), a felony drug offense, and sentenced to two years probation;

(3) on approximately December 5, 1989, in cause number 89 CR 21060, Cook County Circuit Court, Illinois, Montague was convicted of a violation of Ill.Rev.Stat. Chap. 56½, § 705(d), a felony drug offense, and sentenced to two years probation;

(4) on approximately October 11, 1994, in cause number 93 CR 28778, Cook County Circuit Court, Illinois, Montague was convicted of a violation of Ill.Rev.Stat. Chap. 56½, §

1407(b)(2), a felony drug offense, and sentenced to four years in the custody of the Illinois Department of Corrections; and

(5) on approximately October 11, 1994, in cause number 93 CR 28778, Cook County Circuit Court, Illinois, Montague was convicted of a violation of Ill.Rev.Stat. Chap. 56½, § 1401(d), a felony drug offense, and sentenced to four years in the custody of the Illinois Department of Corrections.

Under 21 U.S.C. § 841(b)(1)(A)(iii), if convicted of the charge contained in Count One in the present Superseding Indictment, defendant must be sentenced to life imprisonment without release, a fine of up to $8,000,000, and placed on supervised release for at least ten (10) years and up to life.

Under 21 U.S.C. § 841(b)(1)(C), if convicted of the charge contained in Count Sixteen in the present Superseding Indictment, defendant may be sentenced up to thirty (30) years imprisonment without release, a fine of up to $2,000,000, and placed on supervised release for at least six (6) years and up to life.

WHEREFORE, the United States respectfully submits this information.

Respectfully submitted,

SCOTT R. LASSAR
United States Attorney

BY: _____
JOHN G. McKENZIE
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

I, JOHN G. McKENZIE, certify that on December 17, 1997, I caused the foregoing pleading in this case: (1) to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division; and (2) a copy thereof to be placed in a depository for United States mail, with postage prepaid, addressed to:

>Francis Martinez, Esq.
>311 Seventh Street
>Rockford, Illinois 61104

>JOHN G. McKENZIE
>Assistant United States Attorney
>308 West State Street - Room 300
>Rockford, Illinois 61101
>(815) 987-4444