UNITED STATES DISTRICT COURT  FILED-WD
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION           98 MAY 18 AM 10: 04

                                           U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | No. 97 CR 50026-7 |
| )                         | Judge Philip G. Reinhard |
| MITCHELL WIMBUSH ) | |

DOCKETED
MAY 18 1998

## UNITED STATES' INFORMATION TO DEFENDANT MITCHELL WIMBUSH REGARDING PRIOR CONVICTION AND PENALTIES

The United States of America, by SCOTT R. LASSAR, United States Attorney for the Northern District of Illinois, pursuant to 21 U.S.C. § 851, notifies defendant Mitchell Wimbush that the government will rely upon and prove for purposes of enhanced sentencing and penalties that on approximately September 1, 1994, in cause number 93 CF 1110, Winnebago County Circuit Court, Illinois, Wimbush was convicted of a violation of the Controlled Substances Act, Ill.Rev.Stat. Chap. 56½, § 1401(b), a felony drug offense, and sentenced to 1 year on conditional discharge.

Under 21 U.S.C. § 841(b)(1)(A)(iii), if convicted of the charge contained in Count One in the present Superseding Indictment, defendant must be sentenced to at least twenty (20) years imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $8,000,000, and placed on supervised release for at least ten (10) years and up to life.

Under 21 U.S.C. § 841(b)(1)(B)(iii), if convicted of the charge contained in Count Thirteen in the present Superseding Indictment, defendant must be sentenced to at least ten (10) years imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $4,000,000, and placed on supervised release for at least eight (8) years and up to life.



Under 21 U.S.C. § 841(b)(1)(C), if convicted of the charge contained in Count Twelve in the present Superseding Indictment, defendant may be sentenced up to thirty (30) years imprisonment, a fine of up to $2,000,000, and placed on supervised release for at least six (6) years and up to life.

WHEREFORE, the United States respectfully submits this information.

Respectfully submitted,

SCOTT R. LASSAR
United States Attorney

BY: _____
JOHN G. McKENZIE
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444

2

## CERTIFICATE OF FILING AND SERVICE

I, JOHN G. McKENZIE, certify that on May 18, 1998, I caused the foregoing pleading in this case: (1) to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division; and (2) a copy thereof to be hand-delivered to Daniel King, Esq.

JOHN G. McKENZIE
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444