UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED-WD
98 MAY 26 PM 1:02
U.S. DISTRICT COURT CLERK

UNITED STATES OF AMERICA )
)
v. ) No. 97 CR 50026-4
) Judge Philip G. Reinhard
MAURICE BUCHANAN )

DOCKETED
MAY 26 1998

### UNITED STATES' INFORMATION TO DEFENDANT MAURICE BUCHANAN REGARDING PRIOR CONVICTION AND PENALTIES

The United States of America, by SCOTT R. LASSAR, United States Attorney for the Northern District of Illinois, pursuant to 21 U.S.C. § 851, notifies defendant Maurice Buchanan that the government will rely upon and prove for purposes of enhanced sentencing and penalties that on approximately August 4, 1995, in cause number 94 CF 1314, Winnebago County Circuit Court, Illinois, defendant was convicted of manufacturing and delivery of cannabis and possession of a controlled substance, felony drug offenses, and sentenced to 3 years probation.

Under 21 U.S.C. § 841(b)(1)(A)(iii), if convicted of the charge contained in Count One in the present Superseding Indictment, defendant must be sentenced to at least twenty (20) years imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $8,000,000, and placed on supervised release for at least ten (10) years and up to life.

Under 21 U.S.C. § 841(b)(1)(B)(iii), if convicted of the charge contained in Count Five in the present Superseding Indictment, defendant must be sentenced to at least ten (10) years imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $4,000,000, and placed on supervised release for at least eight (8) years and up to life.

359

Under 21 U.S.C. § 841(b)(1)(C), if convicted of the charge contained in Count Six in the present Superseding Indictment, defendant may be sentenced up to thirty (30) years imprisonment, a fine of up to $2,000,000, and placed on supervised release for at least six (6) years and up to life.

Under 21 U.S.C. § 841(b)(1)(C), if convicted of the charge contained in Count Seven in the present Superseding Indictment, defendant may be sentenced up to thirty (30) years imprisonment, a fine of up to $2,000,000, and placed on supervised release for at least six (6) years and up to life.

Under 21 U.S.C. § 841(b)(1)(C), if convicted of the charge contained in Count Ten in the present Superseding Indictment, defendant may be sentenced up to thirty (30) years imprisonment, a fine of up to $2,000,000, and placed on supervised release for at least six (6) years and up to life.

Under 21 U.S.C. § 841(b)(1)(A)(iii), if convicted of the charge contained in Count Seventeen in the present Superseding Indictment, defendant must be sentenced to at least twenty (20) years imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $8,000,000, and placed on supervised release for at least ten (10) years and up to life.

WHEREFORE, the United States respectfully submits this information.

Respectfully submitted,

SCOTT R. LASSAR
United States Attorney

BY: *[signature]*
JOHN G. McKENZIE
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444

2

## CERTIFICATE OF FILING AND SERVICE

I, JOHN G. McKENZIE, certify that on May 26, 1998, I caused the foregoing pleading in this case: (1) to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division; and (2) a copy thereof to be hand-delivered to Mark Danielson, Esq.

JOHN G. McKENZIE
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444