UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO.: 97 CR 50026-002 |
| vs. | ) | |
| | ) | Judge Philip G. Reinhard |
| SOLOMON MONTAGUE | ) | |

## OJBECTION TO PRE-SENTENCE REPORT

**NOW COMES** the Defendant, SOLOMON MONTAGUE, by his attorney, FRANCIS M. MARTINEZ, and formerly files the following objections to the presentence report:

1. The Defendant objects to the 2 level enhancement pursuant to guideline 2D1.1(b)(1) in that there is insufficient evidence to establish the Defendant's conduct by a preponderance of evidence.

2. The Defendant objects to the 2 level enhancement pursuant to level 3A1.3 in that there is insufficient evidence to establish the Defendant's conduct by a preponderance of evidence.

3. The Defendant objects to the 4 level enhancement pursuant to guideline 3B1.1(a) in that the presentence report does not clearly establish the Defendant's conduct by a preponderance of evidence.

Respectfully submitted,

FRANCIS M. MARTINEZ

FRANCIS M. MARTINEZ
SEVENTH STREET LAW OFFICES
311 Seventh Street
Rockford, IL 61104
(815) 964-7933

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED-WD
98 OCT -5 PM 4: 16

U.S. DISTRICT COURT

DOCKETED
OCT 05 1998

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 97 CR50026-2 |
| | ) | |
| vs. | ) | |
| | ) | Judge Philip G. Reinhard |
| SOLOMON MONTAGUE, | ) | |
| | ) | |
| Defendant. | ) | |

TO: Mr. John McKenzie  
Assistant U.S. Attorney  
308 West State Street  
Rockford, IL 61101

Mr. Joseph Idstein  
U.S. Probation  
211 South Court Street  
Rockford, IL 61101

**PLEASE TAKE NOTICE** that I have this 5th day of October, 1998, caused to be filed in the Office of the United States District Court, Northern District of Illinois, Western Division, original and one copy of an Objections to Presentence Report and Memorandum in the above entitled cause and hereby serve you with a copy of same.

FRANCIS M. MARTINEZ

**PROOF OF SERVICE**

STATE OF ILLINOIS )  
) SS.  
COUNTY OF WINNEBAGO )

The undersigned, being first duly sworn on oath, deposes and says that she served this Notice with one copy of an Objections to Presentence Report and Memorandum upon the above by placing same in a postage prepaid envelope, addressed as above and deposited in the US Mail on the 5th day of October, 1998.

Marie A. Hagerman

**SUBSCRIBED** AND **SWORN** to before me this 5th day of October.

Sarah G. Cole  
Notary Public

OFFICIAL SEAL  
SARAH A COLE  
NOTARY PUBLIC, STATE OF ILLINOIS  
MY COMMISSION EXPIRES:02/02/00

FRANCIS M. MARTINEZ  
SEVENTH STREET LAW OFFICES  
311 Seventh Street  
Rockford, IL 61104  
(815) 964-7933

494